IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
AUG 2 3 2002

| | | |
|---|---|---|
| HARRIS TRUST AND SAVINGS BANK, not individually but solely as Trustee for the Ameritech Pension Trust; AMERITECH CORPORATION; and JOHN A. EDWARDSON, | ) | CIVIL ACTION |
| | ) | NO. 92 C 5883 |
| Plaintiffs, | ) | Hon. Warren K. Urbom |
| v. | ) | |
| SALOMON BROTHERS INC and SALOMON BROTHERS REALTY CORP., | ) | |
| Defendants. | ) | |

FILED
AUG 2 2 2002
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the plaintiffs and the defendants that all claims alleged or asserted by the plaintiffs against the defendants, and alleged or asserted by the defendants against the plaintiffs, in the captioned action are hereby dismissed with prejudice and without costs to any party.

SEYFARTH SHAW

By: ______________________
Charles C. Jackson
55 East Monroe Street
Chicago, Illinois 60603
(312) 346-8000

Attorneys for Plaintiffs

265

WACHTELL, LIPTON, ROSEN & KATZ

By: ______________________
Peter C. Hein
51 West 52nd Street
New York, New York 10019
(212) 403-1000

Attorneys for Defendants

Dated: August 9, 2002

It is so ordered.

______________________
Warren K. Urbom
United States Senior District Judge

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

HARRIS TRUST AND SAVINGS BANK, not individually but solely as Trustee for the Ameritech Pension Trust; and AMERITECH CORPORATION,

Plaintiffs,

v.

SALOMON BROTHERS INC. and SALOMON BROTHERS REALTY CORP.,

Defendants.

No. 92 C 5883

Judge Warren K. Urbom

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a true and correct copy of the forgoing Order was served via facsimile and U.S. mail upon the following on this 22nd day of August, 2002:

Michael A. Charish
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
Fax (212) 403 2000

Peter C. Hein
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
Fax (212) 403 2000

Charles C. Jackson

Seyfarth Shaw
55 East Monroe
Suite 4200
Chicago, Illinois 60603
(312) 346-8000

CH1 10417071.1