# United States District Court
## Northern District of Illinois
### Eastern Division

**DOCKETED**

AUG 2 8 2002

Harris Trust & Savings Bank

v.

Salomon Brothers, et al

**JUDGMENT IN A CIVIL CASE**

Case Number: 92 C 5883

☐ ~~Jury Verdict.~~ This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Pursuant to agreement of the parties, all claims alleged or asserted by the plaintiffs against the defendants, and alleged or asserted by the defendants against the plaintiffs, in the captioned action are hereby dismissed with prejudice and without costs to any party.

Michael W. Dobbins, Clerk of Court

Date: 8/9/2002

Gladys Lugo, Deputy Clerk

267